IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY WHITESIDE QUILLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-PT-2291-E |
| | ) |
| MIKE HOWARD, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on April 16, 2008 recommending that the action be dismissed for failure to state a claim upon which relief can be granted. Plaintiff's April 25, 2008 response will be construed as objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by plaintiff, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the action is due to be dismissed for failure to state a claim upon which relief can be granted. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 29th day of April, 2008.

*[signature: Robert B. Propst]*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**